**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

EVELYN RIVERA RODRIGUEZ,

        Plaintiff,

v.                                                Case No:   6:23-cv-2327-LHP

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant

---

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **UNOPPOSED MOTION FOR ENTRY OF JUDGMENT WITH REMAND (Doc. No. 13)**
>
> **FILED:** April 29, 2024
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The Commissioner of Social Security moves to remand this case pursuant to sentence four of 42 U.S.C. § 405(g), so that the following may occur:

> On remand, the agency will reassign the case to a different Administrative Law Judge; clarify whether Plaintiff's prior decision was reopened; give consideration to the opinion of Suniti Barua, Ph.D.,

and the prior administrative medical findings from Dawn Jackson, Psy.D., and Frank Walker, M.D.; reevaluate Plaintiff's maximum residual functional capacity; obtain supplemental evidence from a vocational expert to clarify the effects of the assessed limitations on the occupational base; take further action to complete the administrative record; and issue a new decision.

Doc. No. 13.   Plaintiff does not object to the motion.   *Id.* at 2.

Upon consideration, the Court finds the request well taken.   *See* 42 U.S.C. § 405(g).   Accordingly, it is **ORDERED** that:

1. The Commissioner's Unopposed Motion for Entry of Judgment with Remand (Doc. No. 13) is **GRANTED**.

2. The final decision of the Commissioner is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of § 405(g), for the above-stated reasons.

3. The Clerk of Court is directed to **ENTER** judgment in favor of Plaintiff and against the Commissioner, and thereafter **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on April 29, 2024.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties